UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> ERIIN MIDDLESWARTH, et al., ) <br> Defendants. ) <br> ) | No. 1:17-cv-279 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: December 14, 2017          /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge